# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:09-CV-35-RJC-DCK

| | |
|---|---|
| DEQUILLA WALKER, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CHARLOTTE-MECKLENBURG SCHOOLS, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the *pro se* Plaintiff's "Motion For Enlargement Of Time To Respond to February 26, 2009 Order, Or Alternatively, To Suspend Proceedings" (Document No. 15) filed on April 15, 2009. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and immediate review is appropriate.

Having fully considered the record, the undersigned will **deny** the Plaintiff's request "to suspend the proceedings" for 120 days. In light of the lenient consideration given to *pro se* litigants, the undersigned will **grant** the Plaintiff additional time until May 6, 2009 to file her "Amended Complaint" *in complete form*. As indicated in previous orders, Plaintiff may not file her amended complaint piecemeal, but rather, should file one complete document if she wishes to amend her complaint. Plaintiff has already responded to this Court's Show Cause Order (Document No. 14), and thus, her request for an enlargement of time to respond to the Show Cause Order will be **denied** as **moot**.

**IT IS, THEREFORE, ORDERED** that the *pro se* Plaintiff's "Motion For Enlargement Of Time To Respond to February 26, 3009 Order, Or Alternatively, To Suspend Proceedings"

(Document No. 15) is **DENIED**, except that Plaintiff is given until May 6, 2009 to file her "Amended Complaint" in complete form.

**IT IS SO ORDERED**.

Signed: April 22, 2009

David C. Keesler
United States Magistrate Judge