# United States District Court
# For The Western District of North Carolina
# Charlotte Division

DeQuilla Walker,

    Plaintiff,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　3:09-cv-35-RJC

Charlotte-Mecklenburg Schools,

    Defendant.

DECISION BY COURT.  This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 9, 2009 Order.

                                          Signed: November 9, 2009

                                          Frank G. Johns, Clerk
                                          United States District Court